## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NovaStar Mortgage, Inc. | Case No. 2:07-cv-670 |
| **Plaintiff,** | Judge John D. Holschuh |
| vs. | **ORDER DISMISSING DEFENDANT** |
| LeAnn Mullens aka Le Ann Mullins aka Leann Mullens, et al. | |
| **Defendants.** | |

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant. For good cause shown, the Court hereby dismisses the following defendant from this action:

- Unknown Spouse, if any, of LeAnn Mullens aka Le Ann Mullins aka Leann Mullens, 4985 Radstock Court, Hilliard, OH 43026

**IT IS SO ORDERED.**

/s/ Terence P. Kemp
United States Magistrate Judge